**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Edgain NORIEGA–BUSTAMANTE, aka Guadalupe Padilla–Morrillo, Defendant—Appellant.**

**No. 01–10466.**
**D.C. No. CR–00–00426–PMP.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 18, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM **

Edgain Noriega–Bustamente appeals his conviction and 80–month sentence for illegal reentry following deportation in viola-

tion of 8 U.S.C. § 1326(a). He contends that under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court deprived him of due process by imposing a sentence greater than Section 1326(a)'s two-year maximum based on Noriega–Bustamente's prior aggravated felony, where he did not admit to having previously committed an aggravated felony.

Noriega–Bustamente, who states that he presents the issue merely to preserve it in the event of ensuing favorable Supreme Court precedent, acknowledges that his argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). Accordingly, the judgment and sentence are

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

· ** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.